

**ORDERED in the Southern District of Florida on March 25, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                       Case No. 19-20438-AJC
MARLENE LAFOREST,
                                                                             Chapter 13
            Debtor.
_____/

### ORDER OVERRULING DEBTOR'S OBJECTION TO AMENDED CLAIM OF WELLS FARGO BANK NATIONAL ASSOCIATION

THIS CAUSE came to be heard on March 24, 2020, on the Debtor's Objection to Amended Proof of Claim No. 1 of Wells Fargo Bank National Association [ECF # 49]. Being duly advised in the premises, the Court **ORDERS** as follows:

1. At the March 24, 2020, hearing on this matter counsel for creditor Wells Fargo Bank National Association announced on the record that the creditor would be filing a new Amended Proof of Claim which corrects and adjusts the mortgage escrow analysis portion of its Proof of Claim.

2. Based on these representations, the Debtor's Objection to Amended Claim No. 1 filed at ECF # 49 is **OVERULLED AS MOOT.**

1

2

     3.     Creditor Wells Fargo Bank N.A. shall have thirty (30) days from the date of this Order to file its new Amended Proof of Claim in accordance with paragraph 1 above.

     4.     Debtor shall have the right to object to Wells Fargo Bank N.A.'s newly filed Amended Proof of Claim after review.

###

Submitted By:
Matt Bayard, Esq.

Attorney Matt Bayard Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.