**Fill in this information to identify the case:**

Debtor 1  Marlene Laforest
         aka Marlene Volmar
         aka Marianne Volmar

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the SOUTHERN District of FLORIDA

Case number 19-20438-AJC

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges      12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR OPTION ONE MORTGAGE LOAN TRUST 2005-4, ASSET-BACKED CERTIFICATES, SERIES 2005-4

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 3458

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice:

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| # | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | 10/16/2019 | (5) | $500.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review Fee | 8/23/2019 | (11) | $150.00 |
| 12 | Other. Specify: 410A Fee | 10/16/2019 | (12) | $250.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2        Notice of Postpetition Mortgage Fees, Expenses, and Charges        page 1

Debtor 1 <u>Marlene Laforest</u>
<u>aka Marlene Volmar</u>
<u>aka Marianne Volmar</u>
     Print Name    Middle Name    Last Name

Case number *(if known)* <u>19-20438-AJC</u>

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ <u>/s/ Christopher Salamone</u>
Signature

Date <u>December 31, 2019</u>

Print <u>  Christopher Salamone  </u>
    First Name    Middle Name    Last Name

Title <u>Bankruptcy Attorney</u>

Company <u>Robertson, Anschutz & Schneid, P.L.</u>

Address <u>6409 Congress Ave., Suite 100</u>
    Number    Street

<u>Boca Raton, FL 33487</u>
City    State    ZIP Code

Contact Phone <u>470-321-7112</u>

Email <u>csalamone@rasflaw.com</u>

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on _____ January 2, 2020 _____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

MATTHEW T BAYARD
4343 W. FLAGLER ST.
STE. 100
MIAMI, FL 33134

NANCY K. NEIDICH
WWW.CH13MIAMI.COM
POB 279806
MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE
51 S.W. 1ST AVE.
SUITE 1204
MIAMI, FL 33130

MARLENE LAFOREST
2380 SUPERIOR ST
OPA LOCKA, FL 33054


Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 470-321-7112
Facsimile: 561-997-6909

By:    /s/ Claude Kamgna
           Claude Kamgna
           email:ckamgna@rascrane.com

## Robertson, Anschutz & Schneid, P.L.

6409 N. Congress AVE.
Boca Raton, FL 33487 2853
Phone No: (561) 495-7554
Fax No: (561) 241-6606

### Bankruptcy - Bankruptcy Services - INVOICE

PHH Mortgage
Andrea Jenkins
2001 Bishops Gate Blvd
Mount Laurel, NJ 08054

Re: VOLMAR MARLENE
2380E SUPERIOR ST
OPA LOCKA, FL 33054 4027

Loan #: 3458
Loan Type: Conventional
Inv. ID / Cat. ID:
Cost Center:
CONV Case No:
GSE Code: O
GSE REO Rem. Code:

Original Mortgage Amount: $85,000.00
Litigation Status Code:
Man Code: B

BK Case No: 19-20438-AJC
BK Chapter: 13

Invoice #:
Invoice Status: Check Confirmed
Input By: Jodi Camille
Date Submitted: 8/23/2019
Invoice Date: 8/23/2019
Vendor Ref #:
Vendor Code:
Payee Code:
Type: Non Judicial
Referral Date: 8/20/2019

Acquisition Date:
Paid in Full Date: N/A
Foreclosure Removal: N/A
HiType: 1
Class Code:

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 8/23/2019 | 8/26/2019 | 8/26/2019 | | 8/26/2019 | 8/26/2019 | 8/27/2019 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Plan Review Fee | | | 08/23/2019 | 1 | $150.00 | $150.00 | $0.00 | $150.00 |

Note: Bankruptcy Plan Review (recoverable) - Bankruptcy Plan Review (recoverable BK-4102). BK Plan Review: Please note that no documents are filed with BK court for Plan Review. Recoverable
Service From Date: 8/23/2019    Service To Date: 8/23/2019

|  |  |  |
|---|---|---|
| $150.00 | $0.00 | $150.00 |

Total:    $150.00    $0.00    $150.00

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Does Not Exceed Allowable

Execution Date Time: 12/30/2019 02:30:27 PM                                    Pages: 1/ 5

**Robertson, Anschutz & Schneid, P.L.**

6409 N. Congress AVE.
Boca Raton, FL 33487 2853
Phone No: (561) 495-7554
Fax No: (561) 241-6606

## Bankruptcy - Bankruptcy Services - INVOICE

| | | | |
|---|---|---|---|
| PHH Mortgage | | Invoice #: | |
| Andrea Jenkins | | Invoice Status: | Check Confirmed |
| 2001 Bishops Gate Blvd | | Input By: | Jodi Camille |
| Mount Laurel, NJ 08054 | | Date Submitted: | 10/17/2019 |
| Re: | VOLMAR MARLENE 2380E SUPERIOR ST OPA LOCKA, FL 33054 4027 | Invoice Date: Vendor Ref #: Vendor Code: | 10/17/2019 |
| Loan #: | 3458 | Payee Code: | |
| Loan Type: | Conventional | Type: | Non Judicial |
| Inv. ID / Cat. ID: | | Referral Date | 9/30/2019 |
| Cost Center: | | | |
| CONV Case No: | | | |
| GSE Code: | O | Acquisition Date: | |
| GSE REO Rem. Code: | | Paid in Full Date: | N/A |
| | | Foreclosure Removal | N/A |
| Original Mortgage Amount: | $85,000.00 | HiType | 1 |
| Litigation Status Code: | | Class Code | |
| Man Code: | B | | |
| BK Case No: | 19-20438-AJC | | |
| BK Chapter: | 13 | | |

Invoice ID:
Asset Number:
Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 10/17/2019 | 11/2/2019 | 11/2/2019 | 11/2/2019 | 11/5/2019 | 11/5/2019 | 11/6/2019 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Bankruptcy Fee | | | 10/16/2019 | 1 | $250.00 | $250.00 | $0.00 | $250.00 |

Note: Per Ocwen directive, Bankruptcy Fee Line item used for Bankruptcy Proof of Claim-Part 5(410A) Recoverable
Service From Date: 10/16/2019     Service To Date: 10/16/2019

| Attorney Fees - Proof of Claim | | | 10/16/2019 | 1 | $500.00 | $500.00 | $0.00 | $500.00 |

Note: Bankruptcy Proof of Claim (recoverable) Recoverable
Service From Date: 10/16/2019     Service To Date: 10/16/2019

| | | | | | | $750.00 | $0.00 | $750.00 |

| Total: | | | | | | $750.00 | $0.00 | $750.00 |

**Invoice Level Exceptions**
None

**Invoice Level Comment**
Does Not Exceed Allowable

Execution Date Time: 12/30/2019 02:30:27 PM                                                    Pages: 1/ 5